

|  | 2600 Eagan Woods Dr, Suite 400<br>St. Paul, MN 55121<br>651-406-9665 | 60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>212-267-7342 |
|---|---|---|

Defendant: **Cody Global Consulting, Inc.**
Bankruptcy Case: **Fieldwood Energy LLC**
Preference Period: **May 5, 2020 - Aug 3, 2020**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3622F | 3/13/2020 | $4,143.75 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3612B | 2/28/2020 | $325.00 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3612C | 2/28/2020 | $2,551.25 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3612D | 2/28/2020 | $8,791.25 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3612E | 2/28/2020 | $1,462.50 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3612F | 2/28/2020 | $4,566.25 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3612G | 2/28/2020 | $1,868.75 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3612H | 2/28/2020 | $6,500.00 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3622A | 3/13/2020 | $7,166.25 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3622B | 3/13/2020 | $2,242.50 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3622C | 3/13/2020 | $2,957.50 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3612A | 2/28/2020 | $9,603.75 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3622E | 3/13/2020 | $2,242.50 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/12/2020 | $29,981.25 | 6/12/2020 | 3602I | 2/14/2020 | $357.50 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3622G | 3/13/2020 | $633.75 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3622H | 3/13/2020 | $731.25 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/12/2020 | $29,981.25 | 6/12/2020 | 3602A | 2/14/2020 | $2,323.75 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/12/2020 | $29,981.25 | 6/12/2020 | 3602B | 2/14/2020 | $7,718.75 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/12/2020 | $29,981.25 | 6/12/2020 | 3602C | 2/14/2020 | $1,186.25 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/12/2020 | $29,981.25 | 6/12/2020 | 3602D | 2/14/2020 | $3,055.00 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/12/2020 | $29,981.25 | 6/12/2020 | 3602E | 2/14/2020 | $650.00 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/12/2020 | $29,981.25 | 6/12/2020 | 3602F | 2/14/2020 | $6,841.25 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/12/2020 | $29,981.25 | 6/12/2020 | 3602G | 2/14/2020 | $5,248.75 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:6/12/2020 | $29,981.25 | 6/12/2020 | 3602H | 2/14/2020 | $2,600.00 |
| Fieldwood Energy LLC | Fieldwood Energy LLC | PmtDate:5/29/2020 | $53,462.50 | 5/29/2020 | 3622D | 3/13/2020 | $3,363.75 |
| **Totals:** | | **2 transfer(s),** | **$83,443.75** | | | | |